

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00172-CR

PETTIS MILAN WATSON, Appellant

§ On Appeal from the 485th District Court

§ of Tarrant County (1633674)

V.

§ May 2, 2024

§ Memorandum Opinion by Justice Bassel

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel